IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANCES BARTON, Individually and
as Conservator on behalf of
CHARLES A. BARTON               PLAINTIFF

VS.              CIVIL ACTION NO. 3:05cv603-HTW-JCS

VETERANS' ADMINISTRATION
MEDICAL CENTER                DEFENDANT

## ORDER SUBSTITUTING PARTIES

Upon the unopposed motion of counsel for Plaintiff, it is hereby ordered that Frances Barton, Administratrix of the Estate of Charles A. Barton, Deceased, be substituted in the place of Frances Barton, Conservator on behalf of Charles A. Barton. It is further ordered that the United States of America is hereby substituted in place of the Veterans' Administration Medical Center as Defendant herein.

SO ORDERED this the 30th day of June, 2006.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE